IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>THE SHERWIN-WILLIAMS COMPANY,<br><br>　　　　　　Defendant. | CASE NO.: 1:20-CV-01305<br><br>JUDGE PAMELA A. BARKER<br><br>**ORDER** |

　　　We, the parties, do hereby stipulation that the above captioned matter may be dismissed with prejudice, with each party to bear its or her own costs and, further, that the Court may enter an Order accordingly, notice by the clerk hereby being waived.

- 3 -

| | |
|---|---|
| /s/ *Tess Bradford* | /s/ *Gregory M. Mersol* |
| Tess Bradford (Ark. Bar No. 2017156)<br>*Admitted Pro Hac Vice*<br>Email: tess@sanfordlawfirm.com<br>SANFORD LAW FIRM, PLLC<br>One Financial Center<br>650 South Shackleford Road, Suite 411<br>Little Rock, Arkansas 72211<br>Telephone:   501.221.0088<br>Facsimile:    888.787.2040 | Gregory V. Mersol (0030838)<br>Email:   gmersol@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, Ohio 44114-1214<br>Telephone:   216.621.0200<br>Facsimile:   216.696.0740<br><br>Attorney for The Sherwin-Williams Company |
| */s/ Josh Sanford* | |
| Josh Sanford (Ark. Bar No. 2001037)<br>*Admitted Pro Hac Vice*<br><br>Attorney for Christopher Johnson | |

IT IS SO ORDERED.

*Pamela A. Barker* (signature)

JUDGE PAMELA A. BARKER


  12/9/2020
Date

- 4 -